Alan E. Kassan, Esq. SBN: 113864
E-mail: akassan@kantorlaw.net
Peter Sessions, Esq.  SBN: 193301
E-mail: psessions@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525 (Tel)
(818) 350 6272 (Fax)

JS-6

Attorneys for Hoang Nguyen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG NGUYEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA AND NORTHROP GRUMMAN LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant. | Case No.: CV11-9025 JFW (MRWx)<br>Assigned to the Hon. John F. Walter, Courtroom G-8<br><br>Magistrate Judge: Michael Wilner<br><br>**ORDER** |

The Request for Dismissal is hereby GRANTED. The Court orders this action DISMISSED WITHOUT PREJUDICE pursuant to said Request.

Dated:  November 7, 2011

By: _____
United States District Judge
John F. Walter

[Proposed] Order